IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **LARRY W. EUBANKS and CAROLYN D. EUBANKS,** *Individually and on behalf of all others similarly situated* | **PLAINTIFFS** |
| v.   Case No. 4:21-cv-00329-LPR | |
| **FLYWHEEL ENERGY PRODUCTION, LLC and XTO ENERGY, INC.** | **DEFENDANTS** |

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that judgment is entered in favor of Defendants on all claims brought against them in this case.

IT IS SO ADJUDGED this 4th day of February 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE